IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, t/a AMTRAK<br>      Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 02-3034 |
| ASPLUNDH TREE EXPERT COMPANY<br>      Defendant | : | JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter our appearance in the above-entitled case for the defendant, Asplundh Tree Expert Co.

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY

By: _____
Basil A. DiSipio, Esquire (28212)
Stephen E. Moore, Esquire (55790)
Attorneys for Defendants,
Asplundh Tree Expert Co.

Date: 6/18/02