IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, t/a AMTRAK<br>Plaintiff | : : : : | CIVIL ACTION |
| v. | : : | NO. 02-3034 |
| ASPLUNDH TREE EXPERT COMPANY | : : : | |
| Defendant | : | **JURY TRIAL DEMANDED** |

## DEMAND FOR JURY TRIAL

TO THE PROTHONOTARY:

A twelve (12) member jury is hereby demanded in the above-entitled case by defendant, Asplundh Tree Expert Co.

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

By: _____
Basil A. DiSipio, Esquire (28212)
Stephen E. Moore, Esquire (55790)
Attorneys for Defendants,
Asplundh Tree Expert Co.

Date: 6/18/02