IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, t/a AMTRAK<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 02-3034 |
| ASPLUNDH TREE EXPERT COMPANY | : | |
| Defendant | : | **JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME

IT IS STIPULATED pursuant to E.D.Pa. Local Civil Rule 7.4(b)(2) by and between counsel for plaintiff, Richard K. Hohn, Esquire, and counsel for defendant, Asplundh Tree Expert Co., (incorrectly identified as Asplundh Tree Expert Company) Basil A. DiSipio, Esquire and Stephen E. Moore, Esquire, that defendant, Asplundh Tree Expert Co., shall have an extension of time until July 5th, 2002, to answer the Complaint filed by plaintiff in this matter. No such prior extension has been sought or granted.

**HOHN & SCHEUERLE**

BY: _____
Richard K. Hohn, Esquire (32528)
1835 Market Street
Philadelphia, PA 19103
(215) 496-9995
*Attorney for plaintiff,*
*National Railroad Passenger Corporation*
*t/a Amtrak*

**LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI AND GRAY**

BY: _____
Basil A. DiSipio, Esquire (28212)
Stephen E. Moore, Esquire (55790)
Penn Mutual Tower, Suite 1000
510 Walnut Street
Philadelphia, PA 19106
(215) 627-0303
*Attorneys for defendant,*
*Asplundh Tree Expert Co.*

**BY THE COURT:**

_____ J.