IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-3034 |
| | : | |
| **ASPLUNDH TREE EXPERT COMPANY** | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 15th day of October, 2002, upon consideration of Defendant, Asplundh Tree Expert Company's, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1401(a) (Document No. 6, filed September 11, 2002), and Plaintiff's Response (Document No. 8, filed September 27, 2002), the Court noting that the case is scheduled for arbitration hearing on November 7, 2002, at 9:30 A.M., and the Court concluding that there in nothing in the record which warrants a transfer of the case to the District of Maryland pursuant to 28 U.S.C. § 1404(a), **IT IS ORDERED** that Defendant, Asplundh Tree Expert Company's, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1401(a) is **DENIED.**

BY THE COURT:

**JAN E. DUBOIS, J.**